# Exhibit 2

| Case No. | Case Name |
|---|---|
| 20cv3738 | Estee Lauder Cosmetics Ltd. and Make-up Art Cosmetics Inc. v. The Partnerships, et al. |
| 20cv6135 | Spin Master Ltd. and Spin Master, Inc. v. The Partnerships, et al. |
| 21cv0938 | Bludgeon Riffola Ltd. v. The Partnerships, et al. |
| 21cv0980 | Deckers Outdoor Corporation v. The Partnerships, et al. |
| 21cv1418 | Peanuts Worldwide LLC v. The Partnerships, et al. |
| 21cv1489 | Nike, Inc. v. The Partnerships, et al. |
| 21cv1558 | Marshall Amplification PLC v. The Partnerships, et al. |
| 21cv1992 | Peanuts Worldwide LLC v. The Partnerships, et al. |
| 21cv2452 | Oakley, Inc. v. The Partnerships, et al. |
| 21cv3144 | Kenzo SA v. The Partnerships, et al. |
| 21cv3587 | Entertainment One UK Ltd. v. The Partnerships, et al. |
| 21cv3977 | Luxottica Group S.p.A. and Oakley, Inc. v. The Partnerships, et al. |
| 21cv4259 | Deckers Outdoor Corporation v. The Partnerships, et al. |
| 21cv4260 | Converse Inc. v. The Partnerships, et al. |
| 21cv4741 | Samiel Asghedom, individually and as administrator for the Estate of Ermias Asghedom p/k/a "Nipsey Hussle" v. The Partnerships, et al. |
| 21cv5053 | Malcolm McCormick Revocable Trust v. The Partnerships, et al. |
| 21cv5272 | Levi Strauss & Co. v. The Partnerships, et al. |
| 21cv5473 | Advance Magazine Publishers Inc. v. The Partnerships, et al. |
| 21cv5711 | Oakley, Inc. v. The Partnerships, et al. |